I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:

Plaintiff    08/23/2018    N. Boehme

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MIRSHAFIEE, | No. SA CV 18-1021-JVS (DFM) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CARE AMBULANCE SERVICE, INC. et al., | |
| Defendants. | |

On July 3, 2018, the Court ordered Plaintiff to file and serve his opposition to Care Ambulance Service, Inc.'s Motion to Dismiss on or before July 27, 2018. See Dkt. 10. The Court explicitly warned Plaintiff that failure to do so may be deemed as consent to the granting of the Motion to Dismiss under Local Rule 7-12, which provides:

> The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, with the exception that a motion pursuant to

F.R.Civ.P. 56 may not be granted solely based on the failure to file an opposition. Plaintiff's time to file an opposition to Defendant's motion to dismiss has now expired.

Similarly, on August 6, 2018, the Court ordered Plaintiff to file and serve his opposition to Defendant's Motion to Declare Plaintiff a Vexatious Litigant on or before August 20, 2018. <u>See</u> Dkt. 15. Plaintiff's time to file an opposition to this motion has likewise lapsed.

Accordingly, within fourteen (14) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file oppositions to Defendant's motions to dismiss and to declare Plaintiff a vexatious litigant, and why the Court should not dismiss this action without prejudice under Local Rule 7-12 and for Plaintiff's failure to comply with the Court's July 3 and August 6, 2018, orders; (b) serve and file his oppositions to Defendant's motions to dismiss and to declare Plaintiff a vexatious litigant; or (c) serve and file a notice of voluntary dismissal, which would be without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff is expressly forewarned that if he fails to do any of the aforementioned, the Court will deem such failure as a further violation of a Court order justifying a recommendation of dismissal and/or consent to the Court's recommending a granting of Defendant's motions to dismiss and to declare Plaintiff a vexatious litigant. If Plaintiff chooses to dismiss this action voluntarily, Plaintiff should use the Court's standard CV-09 notice of dismissal

///
///
///
///
///

form, which can be found on the Court's website. The Clerk is directed to send Plaintiff a copy of the dismissal form with this order.

Dated: August 23, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge